UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **03-80102**CR-MARRA

18 U.S.C. 545
18 U.S.C. 922(a)(1)(C)
18 U.S.C. 922(a)(4)
18 U.S.C. 922(l)
18 U.S.C. 922(o)
18 U.S.C. 924(a)(1)(B)
18 U.S.C. 924(a)(2)
18 U.S.C. 2

**MAGISTRATE JUDGE
SELTZER**



UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO GUILLERMO DEISERNIA,
    a/k/a Rick Seysern,
    a/k/a Rick Diserna,
    a/k/a Richard Deisernia,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### Count 1

On or about November 13, 2002, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

RICARDO GUILLERMO DEISERNIA,
    a/k/a Rick Seysern,
    a/k/a Rick Diserna,
    a/k/a Richard Deisernia,

did knowingly transfer a machinegun as defined in Title 18, United States Code, Section 921(a)(23) and Title 26 United States Code, Section 5845(b); in violation of Title 18, United States Code, Sections 922(o), 924(a)(2) and 2.

## Count 2

On or about April 13, 2003, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

RICARDO GUILLERMO DEISERNIA,
a/k/a Rick Seysern,
a/k/a Rick Diserna,
a/k/a Richard Deisernia,

did knowingly transfer a machinegun as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b); in violation of Title 18, United States Code, Sections 922(o), 924(a)(2) and 2.

## Count 3

On or about December 13, 2002, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

RICARDO GUILLERMO DEISERNIA,
a/k/a Rick Seysern,
a/k/a Rick Diserna,
a/k/a Richard Deisernia,

knowingly and without authorization by the Secretary of the Treasury and the Attorney General as provided in Title 18, United States Code, Section 925(d), imported and brought into the United States a firearm as defined in Title 18, United States Code, Section 921(a)(3)(C), that is, a firearm silencer, as defined in Title 18, United States Code, Section 921(a)(24); in violation of Title 18, United States Code, Sections 922(l), 924(a)(1)(C) and 2.

2

## Count 4

On or about December 27, 2002, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

> RICARDO GUILLERMO DEISERNIA,
> a/k/a Rick Seysern,
> a/k/a Rick Diserna,
> a/k/a Richard Deisernia,

knowingly and without authorization by the Secretary of the Treasury and the Attorney General as provided in Title 18, United States Code, Section 925(d), imported and brought into the United States a firearm as defined in Title 18, United States Code, Section 921(a)(3)(C), that is, a firearm silencer, as defined in Title 18 United States Code, Section 921(a)(24); in violation of Title 18, United States Code, Sections 922(l), 924(a)(1)(C) and 2.

## Count 5

On or about November 13, 2002, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

> RICARDO GUILLERMO DEISERNIA,
> a/k/a Rick Seysern,
> a/k/a Rick Diserna,
> a/k/a Richard Deisernia,

fraudulently and knowingly did import merchandise contrary to law and did conceal and facilitate the transportation of such merchandise after importation, that is, a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), which was imported in a package marked "LITERATURE/SMALL PARTS"; in violation of Title 18, United States Code, Sections 545 and 2.

## Count 6

On or about December 13, 2002, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

>RICARDO GUILLERMO DEISERNIA,
>a/k/a Rick Seysern,
>a/k/a Rick Diserna,
>a/k/a Richard Deisernia,

fraudulently and knowingly did import merchandise contrary to law and did conceal and facilitate the transportation of such merchandise after importation, that is, a firearm silencer, which was imported in a package marked "HYDRAULIC OIL"; in violation of Title 18, United States Code, Sections 545 and 2.

## Count 7

On or about December 27, 2002, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

>RICARDO GUILLERMO DEISERNIA,
>a/k/a Rick Seysern,
>a/k/a Rick Diserna,
>a/k/a Richard Deisernia,

fraudulently and knowingly did import merchandise contrary to law and did conceal and facilitate the transportation of such merchandise after importation, that is, a firearm silencer, which was imported in a package marked "STEEL ROLLERS (EXCH)"; in violation of Title 18, United States Code, Sections 545 and 2.

## Count 8

On or about April 13, 2003, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

> RICARDO GUILLERMO DEISERNIA,
> a/k/a Rick Seysern,
> a/k/a Rick Diserna,
> a/k/a Richard Deisernia,

fraudulently and knowingly did import merchandise contrary to law and did conceal and facilitate the transportation of such merchandise after importation, that is, two machine guns, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), which were imported in a package marked "LITERATURE/SMALL TOY PTS"; in violation of Title 18, United States Code, Sections 545 and 2.

## Count 9

On or about November 13, 2002, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

> RICARDO GUILLERMO DEISERNIA,
> a/k/a Rick Seysern,
> a/k/a Rick Diserna,
> a/k/a Richard Deisernia,

not being licensed importer, manufacturer, dealer, and collector of firearms, knowingly transported in foreign commerce from Argentina to West Palm Beach, Florida, a machine gun, as defined in Title 26, United States Code, Section 5845(b), without the specific authorization of the Secretary of the Treasury, the Attorney General and their delegates, in violation of Title 18, United States Code, Sections 922(a)(4) and 924(a)(1)(B).

## Count 10

On or about April 13, 2003, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

> RICARDO GUILLERMO DEISERNIA,
> a/k/a Rick Seysern,
> a/k/a Rick Diserna,
> a/k/a Richard Deisernia,

not being licensed importer, manufacturer, dealer, and collector of firearms, knowingly transported in foreign commerce from Argentina to West Palm Beach, Florida, two machine guns, as defined in Title 26, United States Code, Section 5845(b), without the specific authorization of the Secretary of the Treasury, the Attorney General and their delegates, in violation of Title 18, United States Code, Sections 922(a)(4) and 924(a)(1)(B).

## Count 11

From on or about December 13, 2002, through on or about December 27, 2002, at West Palm Beach, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

> RICARDO GUILLERMO DEISERNIA,
> a/k/a Rick Seysern,
> a/k/a Rick Diserna,
> a/k/a Richard Deisernia,

not being licensed importer, manufacturer, dealer, and collector of firearms, knowingly and willfully engaged in the business of importing, manufacturing and dealing in firearms and in the course of such business did ship and transport in foreign commerce from Argentina to West Palm Beach, Florida, a firearm, as defined in Title 18, United States Code, Section

921(a)(3)(C), that is, firearm silencers; in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

*[signature]*
JENNIFER PRIOR
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
ANDREW LOURIE
ASSISTANT UNITED STATES ATTORNEY