CR 12 (Rev. 9/82) **WARRANT FOR ARREST** — AUSA Prior / Barbonni, ATF

# United States District Court

**DISTRICT:** Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>RICARDO GUILLERMO DEISERNIA,<br>a/k/a Rick Seysern, a/k/a Diserna,<br>a/k/a Richard Deisernia | **DOCKET NO.** 03-80102CR-MARRA<br>**MAGISTRATE CASE NO.**<br>**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>Ricardo Gullermo Deisernia  **MAGISTRATE JUDGE SELTZER**<br>Argerich 3547, 1419 Capital Federal<br>Buenos Aires, Argentina<br><br>DOB: 7/9/66   SSN:<br>W/M   Argentina Passport # 9526414 |
| **WARRANT ISSUED ON THE BASIS OF:**<br>☒ Indictment  ☐ Information  ☐ Order of Court  ☐ Complaint | |
| **TO:** United States Marshals Service or any other authorized representative | **DISTRICT OF ARREST**<br>**CITY** |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

* Illegal transfer of a machinegun
* Unauthorized importation of a firearm
* Fraudulent importation of firearms, i.e., firearms smuggling
* Transportation in foreign commerce of machineguns by unlicensed importer, manufacturer and dealer
* Importing, dealing and transporting firearms in foreign commerce unlicensed importer, manufacturer and dealer

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>545; 922(a)(1)(C), 922(a)(4); 922(l);<br>922(o); 924(a)(1)(B); 924(a)(2); and 2 |
|---|---|---|
| **BAIL FIXED BY COURT** No Bond | **OTHER CONDITIONS OF RELEASE** | |
| **ORDERED BY**<br>LINNEA R. JOHNSON, CHIEF<br>UNITED STATES MAGISTRATE JUDGE | **SIGNATURE (JUDGE/U.S. MAGISTRATE)** | **DATE** 7-24-03 |
| **CLERK OF COURT**<br>CLARENCE MADDOX | **(BY) DEPUTY CLERK** | **DATE ISSUED** 7/24/03 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record