UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-80102-CR-MARRA/SELTZER

UNITED STATES OF AMERICA )
)
v. )
)
RICARDO GUILLERMO DEISERNIA, )
    a/k/a "Rick Seysern" )
    a/k/a "Rick Diserna" )
    a/k/a "Richard Deisernia", )
)
)
                **Defendant** )
_____)

FILED by ____ D.C.
MAG. SEC.
JUL 2 3 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### Motion to Unseal

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to unseal the indictment and arrest warrant in this matter so that those documents may be attached to an extradition request to the country of Argentina.

                        Respectfully submitted,

                        MARCOS D. JIMENEZ
                        United States Attorney

                        BY: ANDREW C. LOURIE
                        Assistant U.S. Attorney
                        Fl. Bar No. A5500253
                        500 S. Australian Ave.
                        West Palm Beach, FL. 33401
                        561 820-8711